Law Offices of Larry R Glazer

**Nicolette Glazer Esq.**
Certified Specialist
In Immigration and Nationality Law
Direct Dial: (310) 735-3478

24 May 2015

## IN THE UNITED STATES COURT OF APPEALS
## NINTH CIRCUIT

| | |
|---|---|
| KOFI OBENG-AMPONSAH<br>Plaintiff/Appellant,<br><br>vs.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEM INC.<br>et al, | } <br> } CIVIL ACTION<br> }  No. 11-55397<br> }<br> }<br> }<br> }RULE 28(j) LETTER OF<br> }SUPPLEMENTAL AUTHORITIES<br> }<br> } |

COME NOW, Appellant, Mr. Kofi Obeng-AMPONSAH, and respectfully submits this Rule 28(j) Supplemental Authority Letter as follows:

**NEW AUTHORITY**:     *Kaymark ex rel. Current v. Bank of Am., N.A*. No. 14-1816 (3rd Cir.,  Apr. 2015) reproduced in Exhibit A.

**RELEVANT HOLDING**:  "Nowhere does the FDCPA exclude foreclosure actions from its reach. On the contrary, foreclosure meets the broad definition of "debt collection" under the FDCPA, *see McLaughlin*, 756 F.3d at 245 (defining "debt

Law Offices of Larry R Glazer

collection" as "activity undertaken for the general purpose of inducing payment"), and it is even contemplated in various places in the statute, *see, e.g.*, 15 U.S.C. § 1692i (discussing procedures for "action[s] to enforce an interest in real property securing the consumer's obligation"); *Glazer v. Chase Home Fin. LLC*, 704 F.3d 453, 461 (6th Cir. 2013) (explaining why "[f]oreclosure's legal nature . . . does not prevent it from being debt collection"). Udren would have us "create an enormous loophole in the [FDCPA] [by] immunizing any debt from coverage if that debt happened to be secured by a real property interest and foreclosure proceedings were used to collect the debt." *Wilson v. Draper & Goldberg, P.L.L.C*., 443 F.3d 373, 376 (4th Cir. 2006). We will not. Like the Court explained previously, "if a collector were able to avoid liability under the FDCPA simply by choosing to proceed *in rem* rather than *in personam*, it would undermine the purpose of the FDCPA." *Piper*, 396 F.3d at 236 (internal quotation marks omitted)."

**RELEVANCE OF NEW AUTHORITY**: Appellees argue that foreclosure activities are exempt from the coverage of the FDCPA as a matter of law. Appellant respectfully submits that as the Second, Third, Fourth, Fifth, Sixth, and Eleventh Circuit Courts of Appeals have now found, neither the purpose or the language of the Act support such an exception. *See* Appl. Br. at 30-35.

Respectfully submitted,

Law Offices of Larry R Glazer

___s/ Nicolette Glazer_____
by Nicolette Glazer Esq.

Law Offices of Larry R Glazer

CERTIFICATION PURSUANT TO CIR. RULE 28-6

The undersigned certifies that the body of this FRAP 28(j) letter contains less than 350 words.

_____ *s/ Nicolette Glazer* _____
by Nicolette Glazer Esq.

CERTIFICATE OF E-SERVICE

On 24 May 2015 a copy of this FRAP 28(j) Letter was served electronically on Appellees' counsel.

_____ *s/ Nicolette Glazer* _____
by Nicolette Glazer Esq.